**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF KENTUCKY

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Presbyterian Homes and Services of Kentucky, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **FDBA  Westminster Terrace Healthcare Center**<br>**FDBA  Westminster Terrace Assisted Living**<br>**FDBA  Helmwood Village**<br>**FDBA  Helmwood Healthcare Center**<br>**FDBA  Good Shepherd Community Nursing**<br>**FDBA  Rose Anna Hughes Presbyterian Home**<br>**FDBA  Cedar Creek Assisted Living**<br>**FDBA  Westminster Health and Rehab Center**<br>**FDBA  Presbyterian Homes of Louisville**<br>**DBA  Westminster Apartments**<br>**DBA  Cedar Creek**<br>**DBA  Rose Anna Hughes Senior Living Community** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **61-1078924** |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**2116 Buechel Bank Road**<br>**Louisville, KY 40218**<br>Number, Street, City, State & ZIP Code<br><br>**Jefferson**<br>County | **Mailing address, if different from principal place of business**<br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **https://phsk.org/** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor   **Presbyterian Homes and Services of Kentucky, Inc.**                        Case number (*if known*) _____
     Name

**7.**  **Describe debtor's business**     A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☑ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **4120**

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor    **Presbyterian Homes and Services of Kentucky, Inc.**    Case number (*if known*) _____

    Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **St. James Group, Inc.** | Relationship | **Affiliate** |
| District | **Western District of Kentucky** | When **12/15/24** | Case number, if known |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

        Contact name _____

        Phone _____

### ■ Statistical and administrative information

**13.** **Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Presbyterian Homes and Services of Kentucky, Inc.** | Case number (*if known*) | |
| | Name | | |

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   **Presbyterian Homes and Services of Kentucky, Inc.**                    Case number (*if known*) _____
         Name

| | |
|---|---|
| **Request for Relief, Declaration, and Signatures** | |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
    of authorized
    representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 15, 2024**
              MM / DD / YYYY

**X** **/s/ Hattie H. Wagner** _____        **Hattie H. Wagner** _____
    Signature of authorized representative of debtor           Printed name

Title   **President/CEO** _____

---

**18. Signature of attorney**

**X** **/s/ Charity S. Bird** _____        Date **December 15, 2024**
    Signature of attorney for debtor                             MM / DD / YYYY

**Charity S. Bird**
Printed name

**Kaplan Johnson Abate & Bird LLP**
Firm name

**710 West Main Street
Fourth Floor
Louisville, KY 40202**
Number, Street, City, State & ZIP Code

Contact phone   **(502) 540-8285**        Email address   **cbird@kaplanjohnsonlaw.com**

**92622 KY**
Bar number and State

**RESOLUTION OF THE BOARD OF TRUSTEES**
**PRESBYTERIAN HOMES AND SERVICES OF KENTUCKY, INC.**

**November 21, 2024**

The undersigned, Board of Trustees (the "Board") of **PRESBYTERIAN HOMES AND SERVICES OF KENTUCKY, INC.** ("PHSK"), following a meeting of the Board, hereby adopts by written consent the following recitals and resolutions.

**WHEREAS**, the Board has determined that PHSK does not have sufficient income on hand to meet its financial obligations as they come due; and

**WHEREAS**, the Board has determined that it is necessary and in the best interests of PHSK and its creditors, and in furtherance of PHSK's purposes, for the nonprofit to seek the protection of title 11 of the United States Code (the "Bankruptcy Code") by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

**NOW, THEREFORE, BE IT RESOLVED** that Hattie Wagner, as President/CEO, is authorized and directed to execute and deliver all documents necessary to commence PHSK's voluntary chapter 11 bankruptcy case to be filed in the United States Bankruptcy Court for the Western District of Kentucky.

**FURTHER RESOLVED** that Hattie Wagner, as President/CEO of PHSK, is authorized and directed to appear on behalf of PHSK in all bankruptcy proceedings, and to perform all acts and deeds and execute and deliver all necessary instruments on behalf of the nonprofit in connection with its bankruptcy case, provided, however, that Ms. Wagner may delegate such responsibilities to be exercised by another individual; and

**FURTHER RESOLVED** that PHSK is authorized and directed to employ the law firm of Kaplan Johnson Abate & Bird LLP ("KJAB") to represent it in its bankruptcy case. KJAB is further authorized to execute documents on behalf of PHSK, at the direction of PHSK and to appear in court proceedings on behalf of PHSK.

**Counterparts; Electronic Mail Transmission**

This resolution may be executed in counterparts, each of which shall constitute an original, and all of which shall constitute one and the same resolution. This consent may also be executed by electronic mail transmission.

*[Signature Page Follows]*

**IN WITNESS WHEREOF**, the Board of Trustees has executed this Resolution on the date first written above.

_Bill Renda_
Bill Renda (Nov 22, 2024 13:44 EST)
_____
Bill Renda, Chairman

_Missy D Mull_
Missy DeArk Mull (Nov 22, 2024 13:30 EST)
_____
Missy DeArk Mull, Vice Chair

_BW Williamson_
Bill Williamson (Nov 25, 2024 18:18 EST)
_____
Bill Williamson, Secretary

_Brittany Talley_
Brittany Talley (Nov 22, 2024 14:15 EST)
_____
Brittney Talley

_Mary Stuart Reichard_
Mary Stuart Reichard (Nov 23, 2024 15:45 CST)
_____
Mary Stuart Reichard

_Margaret K Seiffert_
Margaret K. Seiffert (Nov 26, 2024 02:36 EST)
_____
Margaret K. Seiffert

_Wayne Steele_
Wayne Steele (Nov 22, 2024 14:05 EST)
_____
Wayne Steele

**Fill in this information to identify the case:**

Debtor name    **Presbyterian Homes and Services of Kentucky, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 15, 2024**        X **/s/ Hattie H. Wagner**
                                        Signature of individual signing on behalf of debtor

                                        **Hattie H. Wagner**
                                        Printed name

                                        **President/CEO**
                                        Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Presbyterian Homes and Services of Kentucky, Inc.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF KENTUCKY** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Healthtech, Inc. P. O. Box 745025 Atlanta, GA 30374-5025 | | | | | | $17,100.00 |
| Board of Pensions of the Presbyterian Ch P. O. Box 13715 Philadelphia, PA 19101-3715 | | | | | | $47,993.36 |
| Broad River Rehabilitation, LLC 1 Pond Street Arden, NC 28704 | | | | | | $306,952.20 |
| Central Bank Visa P.O. Box 1750 Lexington, KY 40588-1750 | | | | | | $19,621.66 |
| Eurene Ellis c/o Ronnie Ellis PO Box 607 Radcliff, KY 40159 | Refund | | | | | $13,079.16 |
| Harford Mutual Insurance Group P. O. Box 62434 Baltimore, MD 21264 | | | | | | $16,297.12 |
| Jones, Nale & Mattingly, PLC 401 West Main Street Suite 1100 Louisville, KY 40202 | | | | | | $38,000.00 |
| MatrixCare, Inc. BIN #32 P. O. Box 1414 Minneapolis, MN 55480 | | | | | | $46,882.85 |

Debtor  **Presbyterian Homes and Services of Kentucky, Inc.**                          Case number *(if known)* _____
　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Medcare Pharmacy, LLC**<br>**350 Aristocrat Drive**<br>**Suite B**<br>**Florence, KY 41042** | | | | | | $36,621.36 |
| **The Medical Protective Company**<br>**5814 Reed Road**<br>**Fort Wayne, IN 46835** | | | | | | $287,123.48 |
| **Medline Industries, Inc.**<br>**DEPT CH 14400**<br>**Palatine, IL 60055-4400** | | | | | | $14,074.80 |
| **Nursestat, LLC**<br>**226 Morris Drive**<br>**Harrodsburg, KY 40330** | | | | | | $122,076.70 |
| **Otis Elevator**<br>**P. O. Box 73579**<br>**Chicago, IL 60673-7579** | | | | | | $12,739.80 |
| **Mary Peace**<br>**c/o Don Peace**<br>**507 Maple Crest Way**<br>**Elizabethtown, KY 42701** | | Refund | | | | $12,248.32 |
| **Prelude Systems, Inc.**<br>**5095 Ritter Road**<br>**Suite 112**<br>**Mechanicsburg, PA 17055** | | | | | | $16,459.95 |
| **Presbyterian Senior Care, Inc.**<br>**1215 Hulton Road**<br>**Oakmont, PA 15139** | | | | | | $115,998.00 |
| **Relias, LLC**<br>**P. O. Box 74008620**<br>**Chicago, IL 60674-8620** | | | | | | $17,480.92 |
| **SCM True Air**<br>**7955 National Turnpike**<br>**Louisville, KY 40214** | | | | | | $16,622.11 |
| **Roxanna Sweat**<br>**c/o Charles Gilbert**<br>**7008 Brett Frazier Drive**<br>**Louisville, KY 40291** | | Refund | | | | $24,660.94 |

Debtor  **Presbyterian Homes and Services of Kentucky, Inc.**     Case number *(if known)* _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **US Food Service<br>P. O. Box 644540<br>Pittsburgh, PA 15264** | | | | | | **$70,559.03** |

**United States Bankruptcy Court**
**Western District of Kentucky**

In re    **Presbyterian Homes and Services of Kentucky, Inc.**
                                            Debtor(s)

Case No. _____
Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President/CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **December 15, 2024**              **/s/ Hattie H. Wagner**
                                            **Hattie H. Wagner**/**President/CEO**
                                            Signer/Title

```
A&B Lawncare
4303 Southern Parkway
Louisville, KY 40214

ABCO Security Systems, Inc.
Bates Security
P.O. Box 747049
Atlanta, GA 30374-7049

Accurate Healthcare, Inc.
493 Cave Road
Nashville, TN 37210

Megan Adkins
Barnes Maloney, PLLC
401 West Main Street, Suite 1600
Louisville, KY 40202

Advanced Mechanical, LLC
4107 Ralph Avenue
Louisville, KY 40211

Alee Solutions
509 Westerham Court
Louisville, KY 40222

Alpha Mechanical Service, LLC
7200 Distribution Drive
Louisville, KY 40258

American Funds Service Company
P. O. Box 6164
Indianapolis, IN 46206-6164

American Health Associates
671 Ohio Pike B/C
Cincinnati, OH 45245

American Healthtech, Inc.
P. O. Box 745025
Atlanta, GA 30374-5025

AMG Heating and Cooling, LLC
287 Island Creek Road
Pikeville, KY 41501

Jimmy Dean Anderson
235 Redale Road
Pikeville, KY 41501

Appalachian Wireless
P. O. Box 630734
Cincinnati, OH 45263
```

```
Ascentium Capital
P. O. Box 71297
Charlotte, NC 28272-1297

Auto-Chlor
3600 Chamberlain Ln
#124
Louisville, KY 40241

Auto-Chlor System
3600 Chamberlain Lane
St 124
Louisville, KY 40241

Baumann Paper Co. Inc.
P. O. Box 13022
Lexington, KY 40583

Sheryl Bertucci
c/o Morgan & Morgan
209 East Main Street, Suite 400
Louisville, KY 40202

Margery Black
c/o Teresa Kissell
2029 Oriole Drive
Elizabethtown, KY 42701

Blackbaud, Inc.
P. O. Box 930256
Atlanta, GA 31193-0256

Bluegrass Biomedical
P. O. Box 296
Danville, KY 40422

Board of Pensions of the Presbyterian Ch
P. O. Box 13715
Philadelphia, PA 19101-3715

Boyd Company
Department 8326
Carol Stream, IL 60122-8326

Brewer & Co.
P. O. Box 3108
Charleston, WV 25331

Broad River Rehabilitation, LLC
1 Pond Street
Arden, NC 28704

Castle Branch, Inc.
1844 Sir Tyler Drive
Wilmington, NC 28405
```

Central Bank Visa
P.O. Box 1750
Lexington, KY 40588-1750

Cintas
P. O. Box 630910
Cincinnati, OH 45263

The Compliance Store
355 Industrial Park Boulevard
Montgomery, AL 36117

Cull & Hayden, P.S.C.
P. O. Box 1515
Frankfort, KY 40602-1515

Culligan Water System WT/RAH
490 N Clark Boulevard
Clarksville, IN 47129

Daniels Sharpsmart, Inc.
P. O. Box 7697
Carol Stream, IL 60197

Darob, Inc.
P. O. Box 99085
Louisville, KY 40269

DECO AV
1338 Hull Street
Louisville, KY 40204

Dinsmore and Shohl, LLP
P. O. Box 639038
Cincinnati, OH 45263-9038

Direct Supply
Box 88201
Milwaukee, WI 53288-0201

Divvy MasterCard
13707 S 200 W
Suite 100
Draper, UT 84020

Earthgrain Baking Co., Inc.
P. O. Box 842437
Boston, MA 02284

East Kentucky Exterminating
P. O. Box 3452
Pikeville, KY 41502

Eline Technical Solutions, LLC
974 Breckenridge Lane
#179
Louisville, KY 40207

Elizabethtown Winair Co., Inc.
436 South Mulberry
Elizabethtown, KY 42701

Eurene Ellis
c/o Ronnie Ellis
PO Box 607
Radcliff, KY 40159

Enterprise Housing Partners XXXII, LP
c/o Jeffrey R. Connolly
70 Corporate Center
1100 Broken Land Parkway, Suite 700
Columbia, MD 21044

Etown Exterminating Co., Inc.
P. O. Box 607
Elizabethtown, KY 42702

Express Mobile Diagnostic
2030 Ader Road
Jeannette, PA 15644

Finn & Yeoman
401 West Main Street, 1702
Louisville, KY 40202

Fisher & Phillips, LLP
P.O. Box 931195
Atlanta, GA 31193-1195

Gale Healthcare Solutions, LLC
P. O. Box 4729
Winter Park, FL 32793-4729

Michael Gartland
Delcotto Law Group PLLC
200 North Upper Street
Lexington, KY 40507

Gearheart Com Cable GS
P.O. Box 740729
Cincinnati, OH 45274-0729

Peter Gilpen
c/o John Gilpin
322 Valley View Lane
Elizabethtown, KY 42701

Gordon Food Service Central States Divis
P. O. Box 88029
Chicago, IL 60680-1029

Grainger
101 Southchase Boulevard
Fountain Inn, SC 29644

Grow Your Occupancy, LLC
5500 Maryland Way
Suite 320
Brentwood, TN 37027

Harford Mutual Insurance Group
P. O. Box 62434
Baltimore, MD 21264

HD Supply Facilities
P. O. Box 509058
San Diego, CA 92150-9058

Healthstream, Inc.
P. O. Box 102817
Atlanta, GA 30368-2817

The Estate of Opal Hill
c/o Miller Kent Carter
PO Box 852
Pikeville, KY 41502

Hillyard Kentucky
P. O. Box 802275
Kansas City, MO 64180-2275

Charles Hinton
1612 Cypress Drive
Radcliff, KY 40160

Mary Hornback
c/o Sue Atcher
1160 N. Pleasant Road
Upton, KY 42784

IPFS Corporation of the South
1055 Broadway
11th Floor
Kansas City, MO 64105

Iron Mountain
P. O. Box 27128
New York, NY 10087-7128

J&S Commercial Vent Cleaning
1005 Solida Road
South Point, OH 45680

Hannah R. Jamison
PO Box 1807
360 East Vine Street, Suite 110
Lexington, KY 40588-1807

Brian Michael Jasper
Thomas Law Offices, PLLC
9418 Norton Commons Blvd #200
Prospect, KY 40059

Johnson Controls Fire Protection LP
Dept. CH 10320
Palatine, IL 60055-0320

Jones, Nale & Mattingly, PLC
401 West Main Street
Suite 1100
Louisville, KY 40202

KCI USA
P. O. Box 301557
Dallas, TX 75303-1557

Kentucky State Treasurer
Division of Unemployment Insurance
P.O. Box 948
Frankfort, KY 40602-0948

Kentucky State Treasurer, Dept. Of Housi
Elevator Inspection
500 Mero Street
Frankfort, KY 40601

Konica Minolta Business Solutions
21146 Network Place
Chicago, IL 60673-1211

LeadingAge Kentucky
1640 Lyndon Farm Ct
Louisville, KY 40223

Legend Medical
115 Twinbridge Drive
Unit C
Pennsauken, NJ 08110

Leonard Brush & Chemical Company, Inc.
1450 Mellwood Avenue
Louisville, KY 40206

Leron Industries
P. O. Box 2894
Pikeville, KY 41502

Lingo Communications, LLC
P. O. Box 660344
Dallas, TX 75266-0344

Link Computer Corporation
140 Stadium Drive
PO Box 250
Bellwood, PA 16617

Louisville Mechanical Services
11121 Plantside Drive
Louisville, KY 40299

Eric & Karen Lyle
5614 Whispering Hills Blvd
Louisville, KY 40219

Martha Gregory & Associates
3010 Taylor Springs Drive
Louisville, KY 40212

MatrixCare, Inc.
BIN #32
P. O. Box 1414
Minneapolis, MN 55480

Medcare Pharmacy, LLC
350 Aristocrat Drive
Suite B
Florence, KY 41042

The Medical Protective Company
5814 Reed Road
Fort Wayne, IN 46835

Medline Industries, Inc.
DEPT CH 14400
Palatine, IL 60055-4400

Natasha Miles
PO Box 21351
Louisville, KY 40221

Motion Picture Licensing Corporation
P. O. Box 80144
City Of Industry, CA 91716-8144

Mountain Top Media, LLC
P. O. Box 2040
Pikeville, KY 41502

The Murphy Elevator Company
128 East Main Street
Louisville, KY 40202

Netsmart Technologies, Inc.
11100 Nall Avenue
Overland Park, KS 66211

Theresa Newton
35 Buckhorn Lane
Leitchfield, KY 42754

Nursestat, LLC
226 Morris Drive
Harrodsburg, KY 40330

Odell Equipment And Supply
P. O. Box 3366
Louisville, KY 40201

Office Depot
P. O. Box 633211
Cincinnati, OH 45263-3211

OPC Pest Control
P. O. Box 631889
Cincinnati, OH 45263-1889

Oracle Elevator Holdco, Inc.
P. O. Box 74008409
Chicago, IL 60674

Otis Elevator
P. O. Box 73579
Chicago, IL 60673-7579

Danny Patierno
c/o Danny Patierno II
2529 W Euclid Avenue
Ashland, KY 41102

Mary Peace
c/o Don Peace
507 Maple Crest Way
Elizabethtown, KY 42701

Pearl Geriatrics and Palliative Medicine
P.O. Box 37188
Louisville, KY 40233

Peer House, LLC
1029 Monarch Street
Suite 220
Lexington, KY 40513

Pike County Health Department
119 River Drive
Pikeville, KY 41501

City of Pikeville
243 Main Street
Pikeville, KY 41501

Pitney Bowes
3001 Summer Street
Stamford, CT 06926

Pitney Bowes Global Financial
P. O. Box 981022
Boston, MA 02298-1022

Prairie Farms
P. O. Box 1020
Somerset, KY 42502

Prelude Systems, Inc.
5095 Ritter Road
Suite 112
Mechanicsburg, PA 17055

Presbyterian Homes & Services Foundation
2116 Buechel Bank Road
Louisville, KY 40218

Presbyterian Senior Care, Inc.
1215 Hulton Road
Oakmont, PA 15139

Printworx of Louisville
3928 Bardstown Road
Louisville, KY 40218

Quadax, Inc.
25201 Chagrin Blvd
Suite 290
Beachwood, OH 44122

Relias, LLC
P. O. Box 74008620
Chicago, IL 60674-8620

RF Technologies, Inc.
P. O. Box 8444
Carol Stream, IL 60197

Risk Strategies Company
P.O. Box 736073
Chicago, IL 60673

Daniel Risner
1910 Greensburg Road
Buffalo, KY 42716

```
Estate of Eunice Risner
Rita Risner Wooden, Executrix
1869 Wooden Lane
Elizabethtown, KY 42701

Phillip Risner
389 Johnson Lane
Eastview, KY 42732

Estate of Dorothy Rynes
c/o Shunnarah Law Firm
916 Lily Creek Road, Suite 201
Louisville, KY 40243

S&J Lighting
2316 Watterson Trail
Louisville, KY 40299

Kurt A. Scharfenberger
9000 Wessex Place, Suite 204
Louisville, KY 40222

Joyce Schoch
c/o Hughes and Coleman
3618 Dixie Highway
Louisville, KY 40216

SCM True Air
7955 National Turnpike
Louisville, KY 40214

Shred-It
c/o Stericycle, Inc.
28883 Network Place
Chicago, IL 60673

Linda Skaggs
c/o Rayona Baker
5879 Shepherdsville Road
Elizabethtown, KY 42701

Southern Fire Protection, LLC
P.O. Box 533
Allen, KY 41601

Speech & Swallowing Specialists
8401 Shelbyville Road
Suite 202
Louisville, KY 40222

St. James Group, Inc.
2116 Buechel Bank Road
Louisville, KY 40218
```

W. Scott Stinnett
Lloyd & McDaniel, PLC
PO Box 23200
Louisville, KY 40223

Stock Yards Bank & Trust Company
1040 E. Main St.
Louisville, KY 40202

Roxanna Sweat
c/o Charles Gilbert
7008 Brett Frazier Drive
Louisville, KY 40291

T M, Inc.
7109 North Mayo Trail
Pikeville, KY 41502

Brenda Thacker
16406 Donnington Court
Louisville, KY 40245

Estate of Arnold Thompson
c/o Patti Devary
107 Lincoln Lane
Hodgenville, KY 42748

Transit Authority of Central Kentucky
1209 North Dixie Avenue
Elizabethtown, KY 42701

US Food Service
P. O. Box 644540
Pittsburgh, PA 15264

Verizon Wireless
P. O. Box 16810
Newark, NJ 07101-6810

Glenda Walters
c/o Circeo Law Firm
360 East Vine Street, Suite 110
Lexington, KY 40507

Waste Management Kentucky
P. O. Box 660345
Dallas, TX 75266-0345

Waystar, Inc.
1311 Solutions Center
Chicago, IL 60677-1377

Westminster Terrace Apartments, LLLP
2116 Buechel Bank Road
Louisville, KY 40218

Wincopin Circle LLLP
1100 Broken Land Parkway
Columbia, MD 21044

Rita Risner Wooden
1869 Wooden Lane
Elizabethtown, KY 42701

WPS Tricare for Life
P. O. Box 7928
Madison, WI 53707-7928

Younce's Septic Services, Inc.
8221 Spurlock Creek
Pestonsburg, KY 41653

Raymond Lee Young
4022 Lambert Avenue
Louisville, KY 40218

Alan Quincy Zaring
Zaring & Sullivan Law Office, PSC
PO Box 226
Pendleton, KY 40055

# United States Bankruptcy Court
## Western District of Kentucky

In re   **Presbyterian Homes and Services of Kentucky, Inc.**

Case No.

                                                    Debtor(s)

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Presbyterian Homes and Services of Kentucky, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 15, 2024**

Date

**/s/ Charity S. Bird**

**Charity S. Bird**

Signature of Attorney or Litigant

Counsel for   **Presbyterian Homes and Services of Kentucky, Inc.**

**Kaplan Johnson Abate & Bird LLP**
**710 West Main Street**
**Fourth Floor**
**Louisville, KY 40202**
**(502) 540-8285 Fax:(502) 540-8282**
**cbird@kaplanjohnsonlaw.com**