**Fill in this information to identify the case:**

Debtor name  **Presbyterian Homes and Services of Kentucky, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF KENTUCKY

Case number (if known)  **24-33060**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **December 15, 2024**         X **/s/ Hattie H. Wagner**
                                                Signature of individual signing on behalf of debtor

                                                **Hattie H. Wagner**
                                                Printed name

                                                **President/CEO**
                                                Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Presbyterian Homes and Services of Kentucky, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number (if known)    **24-33060**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

| Part 1: | Summary of Assets |
|---|---|

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................    $        5,353.22

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................    $    4,584,705.51

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................    $    4,590,058.73

| Part 2: | Summary of Liabilities |
|---|---|

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    4,859,056.75

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................    $        4,415.77

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............    +$    1,429,633.86

4.    Total liabilities ...................................................................................................
   Lines 2 + 3a + 3b                                                                           $    6,293,106.38

| Fill in this information to identify the case: |
| --- |

Debtor name **Presbyterian Homes and Services of Kentucky, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF KENTUCKY

Case number (if known) **24-33060**

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.    **Cash on hand** | $1,058.18 |
| 2.    **Cash on hand** | $957.91 |
| 2.    **Cash on hand** | $58.67 |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Central Bank** | **Operating/Checking** | **5068** | $292,283.06 |
| 3.2. | **Central Bank** | **Accounts Payable** | **5113** | $47,978.70 |
| 3.3. | **Central Bank** | **Checking** | **4970** | $40.87 |
| 3.4. | **Stock Yards Bank & Trust** | **Capital Reserve** | **4829** | $86,931.04 |

4.    **Other cash equivalents** *(Identify all)*

| Debtor | **Presbyterian Homes and Services of Kentucky, Inc.** | Case number *(If known)* **24-33060** |
|---|---|---|
| | Name | |

**5.** **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$429,308.43

---

**Part 2:** **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

---

**Part 3:** **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.** **Accounts receivable**

11a. 90 days old or less: _____ 311,789.86 _____ - _____ 136,977.78 _____ = .... $174,812.08

face amount                 doubtful or uncollectible accounts

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$174,812.08

---

**Part 4:** **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **14.** | **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| **15.** | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity: | % of ownership | |
| 15.1. | **Westminster Terrace Apartments GP, LLC** | 0.01   % | Unknown |
| **16.** | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** Describe: | | |

**17.** **Total of Part 4.**

Add lines 14 through 16.  Copy the total to line 83.

$0.00

---

**Part 5:** **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Debtor    **Presbyterian Homes and Services of Kentucky, Inc.**    Case number *(If known)* **24-33060**
Name

☒ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **20 Laptops** | $0.00 | | $15,000.00 |
| **15 Desktop Towers and Monitors** | $0.00 | | $9,000.00 |
| **20 Monitors** | $0.00 | | $1,000.00 |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | $25,000.00 |
|---|---|

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2013 Toyota Sienna Minivan 5TDKK3DL1D5306507** | $0.00 | | $8,000.00 |
| 47.2.  **2016 Ford E350 Van 1FDEE3FL3GDC03361** | $0.00 | | $15,375.00 |

Debtor  **Presbyterian Homes and Services of Kentucky, Inc.**
Name

Case number *(If known)*  **24-33060**

| | | | | |
|---|---|---|---|---|
| 47.3. | **2023 Toyota Highlander** **5TDKDRAH8PS021904** | | $0.00 | $31,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**

   Add lines 47 through 50.  Copy the total to line 87.

   $54,375.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Westminster Apartments** **2116 Buechel Bank Road** **Louisville, KY 40218** **Current value: $10.9 million** | Future interest | $0.00 | | Unknown |
| 55.2. **Land Improvements** | | $0.00 | | $5,353.22 |

Debtor    **Presbyterian Homes and Services of Kentucky, Inc.**                    Case number *(if known)*  **24-33060**
_____Name_____

| | | | | |
|---|---|---|---|---|
| 55.3. | **Vacant Assisted Living Facility "Cornerstone Project"** | | | |
| | **2120 Buechel Bank Road Louisville, KY** | Fee simple | $0.00 | Unknown |

56.  **Total of Part 9.**                                                                                   | $5,353.22 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☑ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** **PHSK.org** | $0.00 | | $1,210.00 |
| 62.  **Licenses, franchises, and royalties** **112 Nursing Bed Licenses in Jefferson County** | $0.00 | | $1,200,000.00 |
| 63.  **Customer lists, mailing lists, or other compilations** **Resident medical records and financial information** | $0.00 | | Unknown |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.  **Total of Part 10.**                                                                                   | $1,201,210.00 |

Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
☑ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

Debtor    **Presbyterian Homes and Services of Kentucky, Inc.**                      Case number *(if known)*  **24-33060**
      <sub>Name</sub>

■ No
☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71.   **Notes receivable**
     Description (include name of obligor)

| **Two promissory notes. Westminster** | **2,700,000.00** - | 0.00 = | |
| **Terrace Apartments, LLLP is obligor.** | Total face amount | doubtful or uncollectible amount | |
| **Annual repayment: approx. $100,000** | | | **$2,700,000.00** |

72.   **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit**
     **has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of**
     **every nature, including counterclaims of the debtor and rights to**
     **set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets,
     country club membership

78.   **Total of Part 11.**

     Add lines 71 through 77. Copy the total to line 90.

| **$2,700,000.00** |
|---|

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

Debtor    **Presbyterian Homes and Services of Kentucky, Inc.**    Case number *(If known)*  **24-33060**
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $429,308.43 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $174,812.08 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $25,000.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $54,375.00 | |
| 88. | **Real property.** *Copy line 56, Part 9...............................................>* | | $5,353.22 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1,201,210.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $2,700,000.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $4,584,705.51  + 91b. | $5,353.22 |
| 92. | **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,590,058.73 |

**Fill in this information to identify the case:**

Debtor name __**Presbyterian Homes and Services of Kentucky, Inc.**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF KENTUCKY__

Case number (if known) __**24-33060**__

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1** | **Ascentium Capital** Creditor's Name | Describe debtor's property that is subject to a lien | **$24,877.23** | **Unknown** |

**P. O. Box 71297
Charlotte, NC 28272-1297**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.2** | **Auto-Chlor System** Creditor's Name | Describe debtor's property that is subject to a lien | $930.35 | Unknown |

**3600 Chamberlain Lane
St 124
Louisville, KY 40241**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | **Presbyterian Homes and Services of Kentucky, Inc.** | Case number (if known) | **24-33060** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Gordon Food Service Central States Divis** | Describe debtor's property that is subject to a lien | **$20,519.06** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**P. O. Box 88029**
**Chicago, IL 60680-1029**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **IPFS Corporation of the South** | Describe debtor's property that is subject to a lien | **$30,997.52** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**1055 Broadway**
**11th Floor**
**Kansas City, MO 64105**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Konica Minolta Business Solutions** | Describe debtor's property that is subject to a lien | **$11,001.83** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**21146 Network Place**
**Chicago, IL 60673-1211**
Creditor's mailing address

Describe the lien

---

| Debtor | **Presbyterian Homes and Services of Kentucky, Inc.** | Case number (if known) | **24-33060** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Pitney Bowes Global Financial** | Describe debtor's property that is subject to a lien | **$4,441.49** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**P. O. Box 981022**
**Boston, MA 02298-1022**
Creditor's mailing address

Describe the lien
_____

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Risk Strategies Company** | Describe debtor's property that is subject to a lien | **$25,000.00** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**P.O. Box 736073**
**Chicago, IL 60673**
Creditor's mailing address

Describe the lien
_____

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | **Presbyterian Homes and Services of Kentucky, Inc.** | Case number (if known) | **24-33060** |
|---|---|---|---|
| | Name | | |

| 2.8 | **Stock Yards Bank & Trust Company** | Describe debtor's property that is subject to a lien | **$4,741,289.27** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**1040 E. Main St.**
**Louisville, KY 40202**

Creditor's mailing address

**Describe the lien**
**UCC KY SOS 2024-3329200-37**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**09/30/2019**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$4,859,056.75** |
|---|---|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name   **Presbyterian Homes and Services of Kentucky, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF KENTUCKY

Case number (if known)   **24-33060**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,415.77** | **Unknown** |
|---|---|---|---|---|
| | **Kentucky State Treasurer Division of Unemployment Insurance P.O. Box 948 Frankfort, KY 40602-0948** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5) | ■ No ☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,586.00** |
|---|---|---|---|
| | **A&B Lawncare 4303 Southern Parkway Louisville, KY 40214** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,989.05** |
|---|---|---|---|
| | **ABCO Security Systems, Inc. Bates Security P.O. Box 747049 Atlanta, GA 30374-7049** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **Presbyterian Homes and Services of Kentucky, Inc.**                    Case number (if known)    **24-33060**

Name

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $235.20 |
|---|---|---|---|
| | **Accurate Healthcare, Inc.**<br>**493 Cave Road**<br>**Nashville, TN 37210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,813.52 |
|---|---|---|---|
| | **Advanced Mechanical, LLC**<br>**4107 Ralph Avenue**<br>**Louisville, KY 40211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,200.00 |
|---|---|---|---|
| | **Alee Solutions**<br>**509 Westerham Court**<br>**Louisville, KY 40222** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,270.00 |
|---|---|---|---|
| | **Alpha Mechanical Service, LLC**<br>**7200 Distribution Drive**<br>**Louisville, KY 40258** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|
| | **American Funds Service Company**<br>**P. O. Box 6164**<br>**Indianapolis, IN 46206-6164** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $304.04 |
|---|---|---|---|
| | **American Health Associates**<br>**671 Ohio Pike B/C**<br>**Cincinnati, OH 45245** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,100.00 |
|---|---|---|---|
| | **American Healthtech, Inc.**<br>**P. O. Box 745025**<br>**Atlanta, GA 30374-5025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Presbyterian Homes and Services of Kentucky, Inc.** | Case number (if known) | **24-33060** |
|---|---|---|---|

---

**3.10**

**Nonpriority creditor's name and mailing address**

**AMG Heating and Cooling, LLC**
**287 Island Creek Road**
**Pikeville, KY 41501**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$2,382.50

---

**3.11**

**Nonpriority creditor's name and mailing address**

**Jimmy Dean Anderson**
**235 Redale Road**
**Pikeville, KY 41501**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$1,700.00

---

**3.12**

**Nonpriority creditor's name and mailing address**

**Appalachian Wireless**
**P. O. Box 630734**
**Cincinnati, OH 45263**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$294.02

---

**3.13**

**Nonpriority creditor's name and mailing address**

**Baumann Paper Co. Inc.**
**P. O. Box 13022**
**Lexington, KY 40583**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$4,202.90

---

**3.14**

**Nonpriority creditor's name and mailing address**

**Sheryl Bertucci**
**c/o Morgan & Morgan**
**209 East Main Street, Suite 400**
**Louisville, KY 40202**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Jefferson Circuit Court Case No. 22-CI-1308__

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.15**

**Nonpriority creditor's name and mailing address**

**Margery Black**
**c/o Teresa Kissell**
**2029 Oriole Drive**
**Elizabethtown, KY 42701**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Refund__

Is the claim subject to offset? ■ No  ☐ Yes

$1,035.87

---

**3.16**

**Nonpriority creditor's name and mailing address**

**Blackbaud, Inc.**
**P. O. Box 930256**
**Atlanta, GA 31193-0256**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$4,966.14

---

| Debtor | **Presbyterian Homes and Services of Kentucky, Inc.** | Case number (if known) | **24-33060** |
|---|---|---|---|
| | Name | | |

---

**3.17**

Nonpriority creditor's name and mailing address

**Bluegrass Biomedical**
**P. O. Box 296**
**Danville, KY 40422**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$538.50**

---

**3.18**

Nonpriority creditor's name and mailing address

**Board of Pensions of the Presbyterian Ch**
**P. O. Box 13715**
**Philadelphia, PA 19101-3715**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$47,993.36**

---

**3.19**

Nonpriority creditor's name and mailing address

**Boyd Company**
**Department 8326**
**Carol Stream, IL 60122-8326**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$3,540.82**

---

**3.20**

Nonpriority creditor's name and mailing address

**Brewer & Co.**
**P. O. Box 3108**
**Charleston, WV 25331**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$2,330.00**

---

**3.21**

Nonpriority creditor's name and mailing address

**Broad River Rehabilitation, LLC**
**1 Pond Street**
**Arden, NC 28704**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$306,952.20**

---

**3.22**

Nonpriority creditor's name and mailing address

**Castle Branch, Inc.**
**1844 Sir Tyler Drive**
**Wilmington, NC 28405**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$1,789.00**

---

**3.23**

Nonpriority creditor's name and mailing address

**Central Bank Visa**
**P.O. Box 1750**
**Lexington, KY 40588-1750**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$19,621.66**

---

| Debtor | **Presbyterian Homes and Services of Kentucky, Inc.** | Case number (if known) | **24-33060** |
|---|---|---|---|
| | Name | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$161.43** |
|---|---|---|---|

**Cintas**
P. O. Box 630910
Cincinnati, OH 45263

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,880.00** |
|---|---|---|---|

**The Compliance Store**
355 Industrial Park Boulevard
Montgomery, AL 36117

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$405.00** |
|---|---|---|---|

**Cull & Hayden, P.S.C.**
P. O. Box 1515
Frankfort, KY 40602-1515

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$642.00** |
|---|---|---|---|

**Culligan Water System WT/RAH**
490 N Clark Boulevard
Clarksville, IN 47129

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12.35** |
|---|---|---|---|

**Daniels Sharpsmart, Inc.**
P. O. Box 7697
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.91** |
|---|---|---|---|

**Darob, Inc.**
P. O. Box 99085
Louisville, KY 40269

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$620.00** |
|---|---|---|---|

**DECO AV**
1338 Hull Street
Louisville, KY 40204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Presbyterian Homes and Services of Kentucky, Inc.** | Case number (if known) | **24-33060** |
|---|---|---|---|
| | Name | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $183.00 |
|---|---|---|---|

**Dinsmore and Shohl, LLP**
**P. O. Box 639038**
**Cincinnati, OH 45263-9038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $451.88 |
|---|---|---|---|

**Direct Supply**
**Box 88201**
**Milwaukee, WI 53288-0201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Divvy MasterCard**
**13707 S 200 W**
**Suite 100**
**Draper, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $351.46 |
|---|---|---|---|

**Earthgrain Baking Co., Inc.**
**P. O. Box 842437**
**Boston, MA 02284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**East Kentucky Exterminating**
**P. O. Box 3452**
**Pikeville, KY 41502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $615.59 |
|---|---|---|---|

**Eline Technical Solutions, LLC**
**974 Breckenridge Lane**
**#179**
**Louisville, KY 40207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.40 |
|---|---|---|---|

**Elizabethtown Winair Co., Inc.**
**436 South Mulberry**
**Elizabethtown, KY 42701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Presbyterian Homes and Services of Kentucky, Inc.** | Case number (if known) | **24-33060** |
|---|---|---|---|
| | Name | | |

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,079.16** |
|---|---|---|---|

**Eurene Ellis**
**c/o Ronnie Ellis**
**PO Box 607**
**Radcliff, KY 40159**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Refund**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Enterprise Housing Partners XXXII, LP**
**c/o Jeffrey R. Connolly**
**70 Corporate Center**
**1100 Broken Land Parkway, Suite 700**
**Columbia, MD 21044**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Guaranty of Westminster Terrace Apartments, LLLP**
**partnership agreement**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$210.00** |
|---|---|---|---|

**Etown Exterminating Co., Inc.**
**P. O. Box 607**
**Elizabethtown, KY 42702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|---|---|---|---|

**Express Mobile Diagnostic**
**2030 Ader Road**
**Jeannette, PA 15644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$595.00** |
|---|---|---|---|

**Fisher & Phillips, LLP**
**P.O. Box 931195**
**Atlanta, GA 31193-1195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,769.71** |
|---|---|---|---|

**Gale Healthcare Solutions, LLC**
**P. O. Box 4729**
**Winter Park, FL 32793-4729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$141.12** |
|---|---|---|---|

**Gearheart Com Cable GS**
**P.O. Box 740729**
**Cincinnati, OH 45274-0729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Presbyterian Homes and Services of Kentucky, Inc.** | Case number (if known) | **24-33060** |
|---|---|---|---|
| | Name | | |

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,671.28**

Peter Gilpin
c/o John Gilpin
322 Valley View Lane
Elizabethtown, KY 42701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim:  _Refund_

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,553.97**

Grainger
101 Southchase Boulevard
Fountain Inn, SC 29644

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,550.00**

Grow Your Occupancy, LLC
5500 Maryland Way
Suite 320
Brentwood, TN 37027

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,297.12**

Harford Mutual Insurance Group
P. O. Box 62434
Baltimore, MD 21264

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,238.07**

HD Supply Facilities
P. O. Box 509058
San Diego, CA 92150-9058

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,360.50**

Healthstream, Inc.
P. O. Box 102817
Atlanta, GA 30368-2817

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

The Estate of Opal Hill
c/o Miller Kent Carter
PO Box 852
Pikeville, KY 41502

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

Basis for the claim:  _Pike Circuit Court Case No. 20-CI-00145_

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Presbyterian Homes and Services of Kentucky, Inc.** | Case number (if known) | **24-33060** |
|---|---|---|---|
| | Name | | |

---

**3.52** | Nonpriority creditor's name and mailing address | $854.78

**Hillyard Kentucky**
P. O. Box 802275
Kansas City, MO 64180-2275

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | $3,410.24

**Charles Hinton**
1612 Cypress Drive
Radcliff, KY 40160

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Refund__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | $53.89

**Mary Hornback**
c/o Sue Atcher
1160 N. Pleasant Road
Upton, KY 42784

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Refund__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | $11,943.66

**Iron Mountain**
P. O. Box 27128
New York, NY 10087-7128

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | $500.00

**J&S Commercial Vent Cleaning**
1005 Solida Road
South Point, OH 45680

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | $1,256.57

**Johnson Controls Fire Protection LP**
Dept. CH 10320
Palatine, IL 60055-0320

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | $38,000.00

**Jones, Nale & Mattingly, PLC**
401 West Main Street
Suite 1100
Louisville, KY 40202

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Presbyterian Homes and Services of Kentucky, Inc.** | Case number (if known) | **24-33060** |
|---|---|---|---|
| | Name | | |

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,607.10**

**KCI USA**
P. O. Box 301557
Dallas, TX 75303-1557

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Kentucky State Treasurer, Dept. Of Housi**
**Elevator Inspection**
500 Mero Street
Frankfort, KY 40601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,079.35**

**LeadingAge Kentucky**
1640 Lyndon Farm Ct
Louisville, KY 40223

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.51**

**Legend Medical**
115 Twinbridge Drive
Unit C
Pennsauken, NJ 08110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,054.81**

**Leonard Brush & Chemical Company, Inc.**
1450 Mellwood Avenue
Louisville, KY 40206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$240.00**

**Leron Industries**
P. O. Box 2894
Pikeville, KY 41502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$135.80**

**Lingo Communications, LLC**
P. O. Box 660344
Dallas, TX 75266-0344

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Presbyterian Homes and Services of Kentucky, Inc.** | Case number (if known) | **24-33060** |
|---|---|---|---|
| | Name | | |

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$122.00**

**Link Computer Corporation**
**140 Stadium Drive**
**PO Box 250**
**Bellwood, PA 16617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$414.72**

**Louisville Mechanical Services**
**11121 Plantside Drive**
**Louisville, KY 40299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Eric & Karen Lyle**
**5614 Whispering Hills Blvd**
**Louisville, KY 40219**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Jefferson Circuit Court Case No. 21-CI-001573**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,939.00**

**Martha Gregory & Associates**
**3010 Taylor Springs Drive**
**Louisville, KY 40212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$46,882.85**

**MatrixCare, Inc.**
**BIN #32**
**P. O. Box 1414**
**Minneapolis, MN 55480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36,621.36**

**Medcare Pharmacy, LLC**
**350 Aristocrat Drive**
**Suite B**
**Florence, KY 41042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$287,123.48**

**The Medical Protective Company**
**5814 Reed Road**
**Fort Wayne, IN 46835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Presbyterian Homes and Services of Kentucky, Inc.** | Case number *(if known)* | **24-33060** |
| --- | --- | --- | --- |
| | Name | | |

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,074.80** |
|---|---|---|---|
| | **Medline Industries, Inc.** | ☐ Contingent | |
| | **DEPT CH 14400** | ☐ Unliquidated | |
| | **Palatine, IL 60055-4400** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Natasha Miles** | ☐ Contingent | |
| | **PO Box 21351** | ☐ Unliquidated | |
| | **Louisville, KY 40221** | ■ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** **Causes of action asserted in 23-CI-005338** | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$373.84** |
|---|---|---|---|
| | **Motion Picture Licensing Corporation** | ☐ Contingent | |
| | **P. O. Box 80144** | ☐ Unliquidated | |
| | **City Of Industry, CA 91716-8144** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,470.00** |
|---|---|---|---|
| | **Mountain Top Media, LLC** | ☐ Contingent | |
| | **P. O. Box 2040** | ☐ Unliquidated | |
| | **Pikeville, KY 41502** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,823.25** |
|---|---|---|---|
| | **The Murphy Elevator Company** | ☐ Contingent | |
| | **128 East Main Street** | ☐ Unliquidated | |
| | **Louisville, KY 40202** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$203.32** |
|---|---|---|---|
| | **Netsmart Technologies, Inc.** | ☐ Contingent | |
| | **11100 Nall Avenue** | ☐ Unliquidated | |
| | **Overland Park, KS 66211** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$122,076.70** |
|---|---|---|---|
| | **Nursestat, LLC** | ☐ Contingent | |
| | **226 Morris Drive** | ☐ Unliquidated | |
| | **Harrodsburg, KY 40330** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Presbyterian Homes and Services of Kentucky, Inc. | Case number (if known) | 24-33060 |
|---|---|---|---|
| | Name | | |

---

**3.80**  
**Nonpriority creditor's name and mailing address**  
**Odell Equipment And Supply**  
**P. O. Box 3366**  
**Louisville, KY 40201**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$459.09**

---

**3.81**  
**Nonpriority creditor's name and mailing address**  
**Office Depot**  
**P. O. Box 633211**  
**Cincinnati, OH 45263-3211**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$644.42**

---

**3.82**  
**Nonpriority creditor's name and mailing address**  
**OPC Pest Control**  
**P. O. Box 631889**  
**Cincinnati, OH 45263-1889**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$1,435.00**

---

**3.83**  
**Nonpriority creditor's name and mailing address**  
**Oracle Elevator Holdco, Inc.**  
**P. O. Box 74008409**  
**Chicago, IL 60674**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$80.28**

---

**3.84**  
**Nonpriority creditor's name and mailing address**  
**Otis Elevator**  
**P. O. Box 73579**  
**Chicago, IL 60673-7579**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$12,739.80**

---

**3.85**  
**Nonpriority creditor's name and mailing address**  
**Danny Patierno**  
**c/o Danny Patierno II**  
**2529 W Euclid Avenue**  
**Ashland, KY 41102**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Basis for the claim:** __Refund__

Is the claim subject to offset? ■ No  ☐ Yes

**$2,528.07**

---

**3.86**  
**Nonpriority creditor's name and mailing address**  
**Mary Peace**  
**c/o Don Peace**  
**507 Maple Crest Way**  
**Elizabethtown, KY 42701**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Basis for the claim:** __Refund__

Is the claim subject to offset? ■ No  ☐ Yes

**$12,248.32**

---

| Debtor | **Presbyterian Homes and Services of Kentucky, Inc.** | | Case number (if known) | **24-33060** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**3.87**

Nonpriority creditor's name and mailing address

**Pearl Geriatrics and Palliative Medicine**
**P.O. Box 37188**
**Louisville, KY 40233**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$5,000.00**

---

**3.88**

Nonpriority creditor's name and mailing address

**Peer House, LLC**
**1029 Monarch Street**
**Suite 220**
**Lexington, KY 40513**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$7,100.00**

---

**3.89**

Nonpriority creditor's name and mailing address

**Pike County Health Department**
**119 River Drive**
**Pikeville, KY 41501**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$1,560.00**

---

**3.90**

Nonpriority creditor's name and mailing address

**City of Pikeville**
**243 Main Street**
**Pikeville, KY 41501**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$1,481.71**

---

**3.91**

Nonpriority creditor's name and mailing address

**Prairie Farms**
**P. O. Box 1020**
**Somerset, KY 42502**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$977.01**

---

**3.92**

Nonpriority creditor's name and mailing address

**Prelude Systems, Inc.**
**5095 Ritter Road**
**Suite 112**
**Mechanicsburg, PA 17055**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$16,459.95**

---

**3.93**

Nonpriority creditor's name and mailing address

**Presbyterian Senior Care, Inc.**
**1215 Hulton Road**
**Oakmont, PA 15139**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$115,998.00**

---

Debtor  **Presbyterian Homes and Services of Kentucky, Inc.**                    Case number (if known)    **24-33060**
          Name

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00**
| **Printworx of Louisville** | ☐ Contingent |
| **3928 Bardstown Road** | ☐ Unliquidated |
| **Louisville, KY 40218** | ☐ Disputed |
| Date(s) debt was incurred __ | Basis for the claim: __ |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No   ☐ Yes |

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$860.42**
| **Quadax, Inc.** | ☐ Contingent |
| **25201 Chagrin Blvd** | ☐ Unliquidated |
| **Suite 290** | ☐ Disputed |
| **Beachwood, OH 44122** | |
| Date(s) debt was incurred __ | Basis for the claim: __ |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No   ☐ Yes |

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,480.92**
| **Relias, LLC** | ☐ Contingent |
| **P. O. Box 74008620** | ☐ Unliquidated |
| **Chicago, IL 60674-8620** | ☐ Disputed |
| Date(s) debt was incurred __ | Basis for the claim: __ |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No   ☐ Yes |

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,797.29**
| **RF Technologies, Inc.** | ☐ Contingent |
| **P. O. Box 8444** | ☐ Unliquidated |
| **Carol Stream, IL 60197** | ☐ Disputed |
| Date(s) debt was incurred __ | Basis for the claim: __ |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No   ☐ Yes |

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**
| **Estate of Eunice Risner** | ☐ Contingent |
| **Rita Risner Wooden, Executrix** | ☑ Unliquidated |
| **1869 Wooden Lane** | ☐ Disputed |
| **Elizabethtown, KY 42701** | |
| Date(s) debt was incurred __ | Basis for the claim: **Hardin Circuit Court Case No. 21-CI-73** |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No   ☐ Yes |

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**
| **Estate of Dorothy Rynes** | ☐ Contingent |
| **c/o Shunnarah Law Firm** | ☑ Unliquidated |
| **916 Lily Creek Road, Suite 201** | ☑ Disputed |
| **Louisville, KY 40243** | |
| Date(s) debt was incurred __ | Basis for the claim: **Jefferson Circuit Court Case No. 23-CI-4783** |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No   ☐ Yes |

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$408.70**
| **S&J Lighting** | ☐ Contingent |
| **2316 Watterson Trail** | ☐ Unliquidated |
| **Louisville, KY 40299** | ☐ Disputed |
| Date(s) debt was incurred __ | Basis for the claim: __ |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No   ☐ Yes |

---

Debtor    **Presbyterian Homes and Services of Kentucky, Inc.**    Case number (if known)    **24-33060**
Name

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
---|---|---|---

**Joyce Schoch**
**c/o Hughes and Coleman**
**3618 Dixie Highway**
**Louisville, KY 40216**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __    Basis for the claim: _Jefferson Circuit Court Case No. 22-CI-624_

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: Check all that apply.    **$16,622.11**

**SCM True Air**
**7955 National Turnpike**
**Louisville, KY 40214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __    Basis for the claim: __

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: Check all that apply.    **$346.71**

**Shred-It**
**c/o Stericycle, Inc.**
**28883 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __    Basis for the claim: __

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: Check all that apply.    **$2,386.73**

**Linda Skaggs**
**c/o Rayona Baker**
**5879 Shepherdsville Road**
**Elizabethtown, KY 42701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __    Basis for the claim: _Refund_

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: Check all that apply.    **$312.70**

**Southern Fire Protection, LLC**
**P.O. Box 533**
**Allen, KY 41601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __    Basis for the claim: __

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

**3.106** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: Check all that apply.    **$1,400.00**

**Speech & Swallowing Specialists**
**8401 Shelbyville Road**
**Suite 202**
**Louisville, KY 40222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __    Basis for the claim: __

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: Check all that apply.    **$24,660.94**

**Roxanna Sweat**
**c/o Charles Gilbert**
**7008 Brett Frazier Drive**
**Louisville, KY 40291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __    Basis for the claim: _Refund_

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Presbyterian Homes and Services of Kentucky, Inc.** | Case number (if known) | **24-33060** |
|---|---|---|---|
| | Name | | |

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$98.71** |
|---|---|---|---|

**T M, Inc.**
**7109 North Mayo Trail**
**Pikeville, KY 41502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,395.13** |
|---|---|---|---|

**Estate of Arnold Thompson**
**c/o Patti Devary**
**107 Lincoln Lane**
**Hodgenville, KY 42748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$308.00** |
|---|---|---|---|

**Transit Authority of Central Kentucky**
**1209 North Dixie Avenue**
**Elizabethtown, KY 42701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$70,559.03** |
|---|---|---|---|

**US Food Service**
**P. O. Box 644540**
**Pittsburgh, PA 15264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$554.96** |
|---|---|---|---|

**Verizon Wireless**
**P. O. Box 16810**
**Newark, NJ 07101-6810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Glenda Walters**
**c/o Circeo Law Firm**
**360 East Vine Street, Suite 110**
**Lexington, KY 40507**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _Jefferson Circuit Court Case No. 23-CI-6841_

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,084.64** |
|---|---|---|---|

**Waste Management Kentucky**
**P. O. Box 660345**
**Dallas, TX 75266-0345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Presbyterian Homes and Services of Kentucky, Inc.** | Case number *(if known)* | **24-33060** |
|---|---|---|---|
| | Name | | |

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,361.46** |
|---|---|---|---|

**Waystar, Inc.**
**1311 Solutions Center**
**Chicago, IL 60677-1377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,400.00** |
|---|---|---|---|

**WPS Tricare for Life**
**P. O. Box 7928**
**Madison, WI 53707-7928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,050.00** |
|---|---|---|---|

**Younce's Septic Services, Inc.**
**8221 Spurlock Creek**
**Pestonsburg, KY 41653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Raymond Lee Young**
**4022 Lambert Avenue**
**Louisville, KY 40218**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Jefferson Circuit Court Case No. 19-CI-8050__

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Megan Adkins**<br>**Barnes Maloney, PLLC**<br>**401 West Main Street, Suite 1600**<br>**Louisville, KY 40202** | Line __3.118__<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Finn & Yeoman**<br>**401 West Main Street, 1702**<br>**Louisville, KY 40202** | Line __3.68__<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Michael Gartland**<br>**Delcotto Law Group PLLC**<br>**200 North Upper Street**<br>**Lexington, KY 40507** | Line __3.79__<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Hannah R. Jamison**<br>**PO Box 1807**<br>**360 East Vine Street, Suite 110**<br>**Lexington, KY 40588-1807** | Line __3.118__<br><br>☐ Not listed. Explain ____ | __ |

| Debtor | **Presbyterian Homes and Services of Kentucky, Inc.** | | Case number *(if known)* | **24-33060** |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | **Brian Michael Jasper**<br>**Thomas Law Offices, PLLC**<br>**9418 Norton Commons Blvd #200**<br>**Prospect, KY 40059** | Line **3.98**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Theresa Newton**<br>**35 Buckhorn Lane**<br>**Leitchfield, KY 42754** | Line **3.98**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Daniel Risner**<br>**1910 Greensburg Road**<br>**Buffalo, KY 42716** | Line **3.98**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Phillip Risner**<br>**389 Johnson Lane**<br>**Eastview, KY 42732** | Line **3.98**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Kurt A. Scharfenberger**<br>**9000 Wessex Place, Suite 204**<br>**Louisville, KY 40222** | Line **3.74**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **W. Scott Stinnett**<br>**Lloyd & McDaniel, PLC**<br>**PO Box 23200**<br>**Louisville, KY 40223** | Line **3.72**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Brenda Thacker**<br>**16406 Donnington Court**<br>**Louisville, KY 40245** | Line **3.98**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Wincopin Circle LLLP**<br>**1100 Broken Land Parkway**<br>**Columbia, MD 21044** | Line **3.39**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Rita Risner Wooden**<br>**1869 Wooden Lane**<br>**Elizabethtown, KY 42701** | Line **3.98**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Alan Quincy Zaring**<br>**Zaring & Sullivan Law Office, PSC**<br>**PO Box 226**<br>**Pendleton, KY 40055** | Line **3.98**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ **4,415.77** |
| 5b. Total claims from Part 2 | 5b. + | $ **1,429,633.86** |
| 5c. Total of Parts 1 and 2<br>     Lines 5a + 5b = 5c. | 5c. | $ **1,434,049.63** |

**Fill in this information to identify the case:**

Debtor name  **Presbyterian Homes and Services of Kentucky, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF KENTUCKY

Case number (if known)  **24-33060**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest: **Lease of dishwashing machine** | |
| State the term remaining: **Expires 01/01/2026** | **Auto-Chlor** |
| List the contract number of any government contract | **3600 Chamberlain Ln #124 Louisville, KY 40241** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest: **Lease of dishwashing machine** | |
| State the term remaining: **Expires 04/05/2025** | **Gordon Food Services** |
| List the contract number of any government contract | **1300 Gezon Parkway SW Wyoming, MI 49509** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest: **Lease of ten (10) printer/copiers** | |
| State the term remaining | **Konica Minolta Business Solutions** |
| List the contract number of any government contract | **21146 Network Place Chicago, IL 60673-1211** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest: **Lease of postage meter** | |
| State the term remaining: **Expires 12/19/2025** | **Pitney Bowes** |
| List the contract number of any government contract | **3001 Summer Street Stamford, CT 06926** |

| Debtor 1 | **Presbyterian Homes and Services of Kentucky, Inc.** | | Case number *(if known)* | **24-33060** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Sponsor, Consulting, and Management Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Westminster Terrace Apartments, LLLP**<br>**2116 Buechel Bank Road**<br>**Louisville, KY 40218** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Development Services Agreement**<br><br>**Debtor is Developer** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Westminster Terrace Apartments, LLLP**<br>**2116 Buechel Bank Road**<br>**Louisville, KY 40218** |

**Fill in this information to identify the case:**

Debtor name __**Presbyterian Homes and Services of Kentucky, Inc.**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF KENTUCKY__

Case number (if known) __**24-33060**__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Presbyterian Homes & Services Foundation** | **2116 Buechel Bank Road Louisville, KY 40218** | **Stock Yards Bank & Trust Company** | ☑ D __**2.8**__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Presbyterian Homes & Services Foundation** | **2116 Buechel Bank Road Louisville, KY 40218** | **Enterprise Housing Partners XXXII, LP** | ☐ D _____<br>☑ E/F __**3.39**__<br>☐ G _____ |
| 2.3 | **St. James Group, Inc.** | **2116 Buechel Bank Road Louisville, KY 40218** | **Stock Yards Bank & Trust Company** | ☑ D __**2.8**__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **St. James Group, Inc.** | **2116 Buechel Bank Road Louisville, KY 40218** | **Enterprise Housing Partners XXXII, LP** | ☐ D _____<br>☑ E/F __**3.39**__<br>☐ G _____ |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Kentucky

In re  **Presbyterian Homes and Services of Kentucky, Inc.**　　　　　　　Case No.  **24-33060**
　　　　　　　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

　　☐ **FLAT FEE**

　　　　For legal services, I have agreed to accept　　　　　　　　　　$ ＿＿＿＿＿＿＿＿＿＿

　　　　Prior to the filing of this statement I have received　　　　　$ ＿＿＿＿＿＿＿＿＿＿

　　　　Balance Due　　　　　　　　　　　　　　　　　　　　　$ ＿＿＿＿＿＿＿＿＿＿

　　☑ **RETAINER**

　　　　For legal services, I have agreed to accept and received a retainer of　$ 　**45,000.00**

　　　　The undersigned shall bill against the retainer at an hourly rate of　　$ 　**450.00**
　　　　[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

　　☑ Debtor　　　☐ Other (specify):

3. The source of compensation to be paid to me is:

　　☑ Debtor　　　☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

　　☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

　　a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
　　b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
　　c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
　　d. [Other provisions as needed]
　　　　**Negotiations with creditors; preparation and filing of motions and applications as needed.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
　　　　**Representation of the debtor in any associated cases or proceedings pending or initiated before state courts other than for purposes of monitoring and enforcing automatic stay, federal courts not related to the bankruptcy case, or administrative tribunals.**

In re   **Presbyterian Homes and Services of Kentucky, Inc.**                    Case No.   **24-33060**

                                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **December 15, 2024** | **/s/ Charity S. Bird** |
| *Date* | **Charity S. Bird** |
| | *Signature of Attorney* |
| | **Kaplan Johnson Abate & Bird LLP** |
| | **710 West Main Street** |
| | **Fourth Floor** |
| | **Louisville, KY 40202** |
| | **(502) 540-8285   Fax: (502) 540-8282** |
| | cbird@kaplanjohnsonlaw.com |
| | *Name of law firm* |

# United States Bankruptcy Court
## Western District of Kentucky

In re    **Presbyterian Homes and Services of Kentucky, Inc.**

Debtor(s)

Case No.    **24-33060**

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President/CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **December 15, 2024**

Signature    **/s/ Hattie H. Wagner**

**Hattie H. Wagner**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders