# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 24-33060 |
| | : | |
| PRESBYTERIAN HOMES AND SERVICES OF KENTUCKY, INC., et al., | : | Chapter 11 |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

## AGREED ORDER WITHDRAWING OBJECTION AND GRANTING APPLICATION OF GORDON FOOD SERVICE INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE PRIORITY CLAIM

**THIS MATTER** having come before the Court on the Application of Gordon Food Service Inc. For Allowance and Payment of Administrative Priority Claim (Doc. No. 139), the objection to the Application of Stock Yards Bank & Trust Company (Doc. No. 158), and this Agreed Order tendered by the parties. For good cause shown,

**IT IS HEREBY ORDERED that GFS is ALLOWED an administrative claim against Debtor's estate for the value of the 20-Day Goods delivered to it in the amount of $5,302.94. Notwithstanding the foregoing or the title to this Order or the Motion, this Order does not compel immediate payment of the administrative claim. Further, the objection of Stock Yards is WITHDRAWN.**

**SO ORDERED.**

Tendered by:

*/s/ John C. Cannizzaro*
John C. Cannizzaro (admitted *pro hac vice*)
**ICE MILLER LLP**
250 West Street, Suite 700
Columbus, OH 43215
Phone: (614) 462-2700
Fax: (614) 462-5135
E-mail: John.Cannizzaro@icemiller.com

*Counsel for Gordon Food Service, Inc.*

Alan C. Stout
United States Bankruptcy Judge
Dated: April 7, 2025

CO\6308943.2

/s/ Edward M. King
Edward M. King
Jamie Brodsky
**Frost Brown Todd LLP**
400 W. Market Street, 32nd Floor
Louisville, KY  40202
(502) 589-5400
tking@fbtlaw.com

*Counsel for Stock Yards Bank & Trust Company*


*/s/ J. Gabriel Dennery*
CHARITY S. BIRD
TYLER R. YEAGER
J. GABRIEL DENNERY
**Kaplan Johnson Abate & Bird LLP**
710 W. Main St., 4th Floor
Louisville, Kentucky 40202
Telephone: (502) 416-1630
Facsimile: (502) 540-8282
Email: cbird@kaplanjohnsonlaw.com
Email: tyeager@kaplanjohnsonlaw.com
Email: gdennery@kaplanjohnsonlaw.com

*Counsel for Debtor*

0000FDE.0798172   4896-9143-3520v1